```
MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
LEO G. SPANOS, SBN 261837, STAFF ATTORNEY
NIMA GHAZVINI, SBN 254758, STAFF ATTORNEY
6140 Stoneridge Mall Road, #250
Pleasanton, CA 94588
(925) 621-1900
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LEO MAGNO ORTALEZA
SELINA GLADYS ORTALEZA

        Debtor(s),

CHAPTER 13

CASE NO. 14-41466 RLE

**STIPULATION TO PERMIT TRUSTEE TO MAKE DEMAND INTO ESCROW TO COLLECT FEES ON PRE-PETITION ARREARS AND FOR DEBTORS TO WITHDRAW THEIR MOTION TO DISMISS**

1. This Chapter 13 case was filed on April 4, 2014. The Debtor(s) are represented by Patrick L. Forte.
2. The Chapter 13 Plan ("plan") was confirmed on May 27, 2014. (Doc #14).
3. The plan lists $73,000 in pre-petition arrears to Seterus, Inc. and provides for a 100% distribution to unsecured creditors based on the sale of real property located at 34861 Rumford Terrace, Union City, CA 94587 ("Rumford Terrace"). (Doc. #2).
4. An escrow has been opened to sell the Rumford Terrace property and is pending Trustee approval to close.
5. Escrow must close by July 17, 2014.

1

6. The Debtor filed a claim on behalf of Seterus, Inc. listing a principal balance of $326,287.09 and no arrears.
7. The Estimated HUD-1 does not provide a breakdown of the arrears.
8. The creditor's Notice of Default ("NOD") on the Rumford Terrace property lists a default of $64,766.45 through January 2014.
9. The Debtors' filed a voluntary Motion to Dismiss to on July 10, 2014. (Doc. #18).

THE PARTIES AGREE, as follows:

1. The Chapter 13 Trustee ("Trustee") shall make a demand into escrow for the Trustee fees (at the current rate of 4%) on the amount listed in the NOD ($64,766.45).
2. The Trustee shall take a fee $2,698.60[1] based on the delinquency in the NOD.
3. Upon entry of order approving Stipulation, the Trustee shall give approval for escrow to close and the Debtors shall file a withdrawal of the voluntary Motion to Dismiss.

7/11/14
Date

MARTHA G. BRONITSKY, ESQ.
Chapter 13 Standing Trustee

7/11/14
Date

PATRICK L. FORTE
Attorney for Debtor

---

[1] Theoretical amount needed for Trustee to pay $64,766.45 and collect 4% fee: $64,766.45/.96 = $67,465.05; Therefore, Trustee fee equals: $67,465.05 - $64,766.45 = $2,698.60.

2

7-11-14
Date

LEO MAGNO ORTALEZA
Debtor

_____
Date

SELINA GLADYS ORTALEZA
Joint Debtor

3

| | |
|---|---|
| Date | LEO MAGNO ORTALEZA<br>Debtor |
| Date | *[signature]*<br>SELINA GLADYS ORTALEZA<br>Joint Debtor |

3

IN THE UNITED STATES BANKRUPTCY COURT

In re:

Leo Magno Ortaleza
Selina Gladys Ortaleza

Case No.: 14-41466-RLE13

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the STIPULATION TO PERMIT TRUSTE TO MAKE DEMAND INTO ESCROW TO COLLECT FEES ON PRE-PETITION ARREARS AND FOR DEBTORS TO WITHDRAW THEIR MOTION TO DISMISS to debtor(s), counsel of debtor(s), and if applicable, the creditor, creditors representatives and registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto, addressed as follows:

Leo Magno Ortaleza
Selina Gladys Ortaleza
34861 Rumford Terrace
Union City, CA 94587

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland, CA 94612

(Counsel for Debtor)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 11, 2014 /s/ Veronica Valdez
Veronica Valdez